**James V. GARRETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72994.**

Missouri Court of Appeals,
Western District.

Nov. 27, 2012.

Susan E. Summers, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division IV: JAMES EDWARD WELSH, Chief Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

James V. Garrett appeals the judgment of the Circuit Court of Cass County, Missouri, denying his Rule 24.035 motion for post-conviction relief. Mr. Garrett alleges that he received ineffective assistance of counsel during the plea and sentencing phases. For reasons explained in a memorandum provided to the parties, we find no error and affirm. Rule 84.16(b).